STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. DOMINICK DeBELLIS, PLAINTIFF IN ERROR.

Submitted May 27, 1927—Decided October 17, 1927.

For the defendant in error, *John Millon.*

For the plaintiff in error, *William A. Kavanagh.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, MINTURN, BLACK, CAMPBELL, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.